UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
**Case Number: 22-20841-CIV-MARTINEZ-BECERRA**

ILYA ORLOV,
    Plaintiff,

v.

MIAMI DADE COUNTY PARKS
RECREATION AND OPEN SPACES
DEPARTMENT,
    Defendant.
_____/

**ORDER**

    **THIS MATTER** is before the Court on Plaintiff's Emergency Motion for Temporary Restraining Order ("TRO Motion"). (ECF No. 3). Plaintiff certified that Defendant was provided with notice of the TRO Motion by certified mail and by e-mail. (*Id.* at 4).

    After careful consideration of Plaintiff's TRO Motion, it is hereby

    **ORDERED AND ADJUDGED** that

    1.    The Court shall conduct a Zoom hearing on the TRO Motion on **Monday, March 28, 2022, at 12:00 p.m. (noon)**. The parties shall be prepared to discuss the merits of the TRO Motion, as well as the amount of bond that would be appropriate should the Court determine that a TRO is warranted here. *See* Fed. R. Civ. P. 65.

    2.    Plaintiff **shall immediately** send to Defendant, by regular mail and e-mail, a copy of this Order, the Complaint, and the TRO Motion. **On or before Thursday, March 24, 2022 at 12:00 p.m. (noon),** Plaintiff shall file a notice with the Court showing that Defendant was provided with notice of this Order, the Complaint, and the TRO Motion.

    **DONE AND ORDERED** in Chambers at Miami, Florida, 22nd day of March, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
Ilya Orlov, *pro se*