UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number:  22-20841-CIV-MARTINEZ-BECERRA**

ILYA ORLOV,

     Plaintiff,

v.

MIAMI DADE COUNTY PARKS,
RECREATION AND OPEN SPACES
DEPARTMENT,

     Defendant.

_____/

**ORDER CLOSING CASE**

     **THIS MATTER** is before the Court *sua sponte*.  On March 30, 2022, the Court dismissed
Plaintiff's Complaint without prejudice for lack of subject-matter jurisdiction.  (ECF No. 17).  The
Court granted Plaintiff leave to file an amended complaint **on or before April 13, 2022**, correcting
the jurisdictional deficiencies identified in the Order.  (*Id.* at 10).  To date, Plaintiff has neither
filed an amended complaint nor moved for an extension of time to do so.

     Accordingly, it is hereby **ORDERED AND ADJUDGED** the Clerk of Court is
**DIRECTED** to mark this case as **CLOSED**.

     **DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of April, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record